UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BONNIE BELL,

    Plaintiff,

v.                                        Case No. 3:04-cv-1272-J-20TEM

KEN'S BAR-B-QUE, INC.,
d/b/a KEN'S BAR-B-QUE OF
LAKE CITY;
KEN'S BAR-B-QUE OF LIVE OAK.,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff's Response to the Order to Show Cause (Doc. No. 16, filed on May 13, 2005), in which Plaintiff provides good cause for his delay in filing the Case Management Report, is **GRANTED**. The Case Management Report (Doc. No. 17, filed on May 15, 2005) is deemed to have been timely filed.

**DONE AND ENTERED** at Jacksonville, Florida this _____ day of June, 2005.

                                                      HARVEY E. SCHLESINGER
                                                      United States District Judge

Copies to:

Anthony J. Brady, Jr., Esq.
Alison K. Chastain, Esq.